AO 239 (Rev. 12/13) (INND Rev. 6/14)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

FILED

Asia L. Marshall
4526 Redstone Court
Fort Wayne, IN 46835
)
)
)

15 DEC 18 PM 2:03

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

*[You are the plaintiff. Type or print your name on the line above. If there is more than one plaintiff, each of you must complete a separate form.]*

v.

Allen County Community Corrections
201 W. Superior St.
Fort Wayne, IN 46802

Cause No. 1:15CV 391

*[If you are filing this in a current case, put the case number on the line above. If this is a new case, leave it blank. The clerk will provide the number when the case is filed.]*

*[You are suing the defendant(s). Type or print ONLY the name of the FIRST defendant on the live above.]*

## PETITION TO PROCEED
## WITHOUT PRE-PAYMENT OF FEES AND COSTS

I declare that I am not a prisoner and that I cannot pay the full filing fees and costs of this civil lawsuit or give security because of my poverty. I believe that my claims have merit and I petition the court to proceed without pre-payment of court fees and costs.

1. Are you employed?

   ☑ NO

   ☐ YES, my gross earnings (before deductions for taxes, etc.) are $ _____ per month.

2. Are you married?

   ☑ NO

   ☐ YES, my spouse's gross earnings (before deductions for taxes, etc.) are $ _____ per month.

3. Have you or your spouse received any money in the past 12 months from any source other than employment?

   ☐ NO

   ☑ YES

| From whom? | How often? | How much? |
|---|---|---|
| Unemployment stopped in Sept | weekly | $216 |
| SSI - AvA brueggemann | monthly | $516.00 |
| Child support AvA | $42 weekly | $168.00 |
| Child Support Donlaray | $42 weekly | $168.00 |
| | | |

4. Are you financially dependent on someone other than your spouse for support?

☑ NO

☐ YES, I am supported by *[name and relationship]* _____.

5. How much cash do you and your spouse have? $ _____20.00_____

6. Do you or your spouse have money in a checking, savings, Certificate of Deposit, or any other account?

☑ NO

☐ YES

| Name of Financial Institution | Type of Account | How Much? |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

7. What is the value of your and your spouse's real estate, cars, jewelry, stocks, bonds, and other valuable property or investments? $ _____0_____

8. Do you have any dependents?

☐ NO

☑ YES, I support __2__ child/children who is/are under 18 years of age.

List any adult (other than your spouse) whom you support:

| Name | Age | Relationship | How Much? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

9. Please provide any other information that should be considered in evaluating your petition.

I declare **under penalty of perjury** that the foregoing is true.

Today's Date: _12/10/15_   Your Signature: _____