UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ASIA L. MARSHALL, )<br>   Plaintiff )<br> ) | |
| VS ) | Case No. 1:15-cv-00391-WCL-SLC |
| ) | |
| ALLEN COUNTY COMMUNITY )<br>CORRECTIONS, )<br>   Defendant ) | |

### APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83-5(e), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for: Allen County Community Corrections.

              BEERS MALLERS BACKS & SALIN, LLP
              Attorneys for Defendant

Dated: February 2, 2016    BY: __/s/ Laura L. Maser_____
              Laura L. Maser (20335-02)

              110 West Berry Street, Suite 1100
              Fort Wayne, Indiana 46802
              T: (260) 426-9706
              F: (260) 420-1314

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed by United States Postal Service, postage prepaid, a copy of the this document to the following non-CM/ECF participant:

Asia L. Marshall
4526 Redstone Court
Fort Wayne, IN 46835

               /s/ Laura L. Maser
               Laura L. Maser

23J4738 00015-16001