UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| ASIA L. MARSHALL, | ) | |
|     Plaintiff | ) | |
| | ) | |
| VS | ) | Case No. 1:15-cv-00391-WCL-SLC |
| | ) | |
| ALLEN COUNTY COMMUNITY CORRECTIONS, | ) | |
| | ) | |
|     Defendant | ) | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER

Comes now the Defendant, Allen County Community Corrections, by counsel, and by way of *Defendant's Motion for Extension of Time Within Which to Answer*, requests that this Court grant said Defendant and its counsel an additional twenty-eight (28) days, through and including March 4, 2016, within which to file an answer to Plaintiff's Employment Discrimination Complaint. In support of its *Motion*, Defendant states the following.

1. Plaintiff filed the action in this Court on December 18, 2015.

2. Defendant was served with the Summons and Complaint in this action on January 15, 2016, and, accordingly, Defendant's answer to Plaintiff's Complaint is presently due on or before February 5, 2016.

3. An extension of time to answer is required at this time because counsel for the Defendant was only recently retained has not had time to review the file and issues giving rise to this cause of action and has not had an opportunity to confer meaningfully with representatives of the Defendant in order to formulate and prepare an answer to the various factual and legal issues involved in Plaintiff's Complaint.

1

4. The undersigned conferred with the Plaintiff, who is pro-se, and Plaintiff refused to consent the Defendant's request for an extension of time.

5. Notwithstanding the Plaintiff's refusal to consent to this requested extension of time, the parties will not be prejudiced by the granting of the extension of time, however, the Defendant may be prejudiced if such extension is not granted.

WHEREFORE, Defendant, by counsel, requests that it be granted an additional twenty-eight (28) days, through and including March 4, 2016, within which to file its answer to Plaintiff's Complaint, and for all other just and proper relief in the premises.

> BEERS MALLERS BACKS & SALIN, LLP
> Attorneys for Allen County Community Corrections
>
> BY: /s/ Laura L. Maser
>     Laura L. Maser (20335-02)
>
> 110 West Berry Street, Suite 1100
> Fort Wayne, Indiana 46802
> T. (260) 426-9706
> F. (260) 420-1314

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed by United States Postal Service, postage prepaid, a copy of the this document to the following non-CM/ECF participant:

Asia L. Marshall
4526 Redstone Court
Fort Wayne, IN 46835

    /s/ Laura L. Maser
Laura L. Maser

23J4652 00015-16001