| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ✗ _(signed)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Christopher Brown<br>C. Date of Delivery 1/16/16 |
| 1. Article Addressed to:<br>Allen County Community Corrections<br>201 W. Superior Street<br>Fort Wayne, IN 46802 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9403 0285 5155 5956 74 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7015 0640 0007 8471 6350 | |
| PS Form 3811, April 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

Case No. 1:15CV 391

TYPE OF PROCESS: Summons

**PROCESS RECEIPT AND RETURN**
"Instructions for Service of Process by U.S. Marshal"

FILED 16 FEB -3 PM 12:32

4526 Redstone Court
Fort Wayne, IN 46835

201 W. Superior St., Fort Wayne, IN 46802

USMS N/IN 11 JAN '16 PM 1:35

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Asia L. Marshall (PRO/SE) | | (260)415-1512 | 18 dECEMBER 2015 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt... | Total Process | District of Origin No. 27 | District to Serve No. 27 | Signature of Authorized USMS Deputy or Clerk | Date 1/13/16 |

Remarks: Rec'd Proof of Service
Date 1/16/2016

| Service Fee 80 | Total Mileage Charges | Forwarding Fee | Total Charges 80 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) 0 |

REMARKS: 1/13/16 Sent Certified.

Form USM-285