UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| ASIA L. MARSHALL,<br>   Plaintiff | ) ) ) | |
| VS | ) ) | Case No. 1:15-cv-00391-WCL-SLC |
| ALLEN COUNTY COMMUNITY<br>CORRECTIONS,<br>   Defendant | ) ) ) ) | |

## **DEFENDANT'S ANSWER TO EMPLOYMENT**
## **DISCRIMINATION COMPLAINT**

Comes now the Defendant, Allen County Community Corrections, by counsel, and, in answer to the Plaintiff's "Employment Discrimination Complaint," states as follows:

1. Defendant admits that Plaintiff has requested a jury trial. Answering further, Defendant objects to Plaintiff's jury demand to the extent Plaintiff's claims are equitable or otherwise not properly heard by a jury.

2. In response to section I. of the form complaint entitled "Parties," Defendant admits that the named parties to this matter are Plaintiff, Asia Marshall and Defendant, Allen County Community Corrections and, further admits that Defendant's business address is 201 W. Superior Street, Fort Wayne, IN 46802. Defendant denies, however, that Allen County Community Corrections is the properly named and correct defendant in this matter. Allen County Community Corrections is a *non-sui juris* program of the Board of Commissioners of the County of Allen established pursuant to Ind. Code 11-12-2-2 and overseen by an advisory board. Defendant is neither a company nor an employer. The Board of Commissioners of the County of Allen should be the appropriately named defendant in this matter. Defendant is without

1

sufficient knowledge to admit or deny the allegations/information contained in the remainder of section I. and, therefore denies same.

3. In response to section II.1. of the form complaint, under the heading of "Basis of Claim and Jurisdiction," the Defendant admits that Plaintiff brings this action pursuant to the Americans with Disabilities Act and that this Court's jurisdiction is proper pursuant to 28 U.S.C. §§ 1331 and 1343(a). Defendant denies, however, that it violated Plaintiff's rights under the Americans with Disabilities Act.

4. In response to sections II.2.and 3. of the form complaint, the Defendant admits that Plaintiff filed a charge of discrimination with the EEOC, that she received a Right to Sue Notice on or about September 21, 2015, and that copies of the charge and notice are attached to Plaintiff's complaint. Defendant denies any remaining allegations contained in section II of Plaintiff's Complaint.

5. In response to section III. of the form complaint, entitled "Statement of Legal Claim," Defendant denies that Plaintiff is entitled to relief for the reasons articulated therein by the Plaintiff.

6. In response to section IV. of the form complaint, entitled "Facts in Support of Complaint," Defendant denies the material allegations, if any, made against it by the Plaintiff in section IV of her complaint and the documents attached to Plaintiff's complaint, and denies that Plaintiff is entitled to relief for any alleged violation of her rights under the Americans with Disabilities Act or any other regulation, ordinance or law, including common law.

   a. Answering further, with respect to the particulars of Plaintiff's EEOC Charge, Defendant admits that Plaintiff worked for Defendant as a program facilitator at Allen County Community Corrections and used some FMLA time to care for her daughter.

Defendant further admits that Plaintiff was charged with battery on or about December 10, 2014, and that the charges were initially dismissed. Defendant admits that criminal charges were re-filed against Plaintiff in January, 2015, and that Plaintiff's employment was terminated in January, 2015. Defendant denies any remaining allegations contained in the particulars of Plaintiff's May 28, 2015, Charge of Discrimination a copy of which is attached to Plaintiff's Complaint and referenced in Section IV. of said Complaint.

b. Answering further, Defendant denies that the Indiana Department of Workforce Development Unemployment Insurance Appeals Decision dated February 18, 2015, and attached to Plaintiff's Complaint, is relevant or admissible and denies that its conclusion has any bearing on whether the Defendant's decision to terminate Plaintiff's employment was lawful or proper. Additionally, Defendant denies that the purported unverified, unsworn and unauthenticated statement of Antonio Chacon dated August 6 or 7, 2015, and attached to Plaintiff's Complaint, is relevant or admissible. Defendant denies any and all material allegations against it made in these attachments to Plaintiff's Complaint.

7. In response to section V. of the form complaint, entitled "Prayer for Relief," Defendant denies that Plaintiff is entitled to any recovery of either compensatory or punitive damages.

8. Defendant denies any factual or legal allegation made against it in Plaintiff's Complaint unless such allegation was specifically admitted.

3

WHEREFORE, Defendant, by counsel, requests that the Plaintiff's Complaint be dismissed it its entirety, and that the Defendant be awarded its attorneys' fees, costs, and all other just and proper relief.

**AFFIRMATIVE DEFENSES**

1. Plaintiff's claim is barred to the extent it exceeds the scope of her charge of discrimination.

2. To the extent that Plaintiff failed to meet the statutory and/or jurisdictional prerequisites to suit, her claims should be dismissed.

3. Plaintiff's claim for damages is barred to the extent she has failed to mitigate her damages, or should be offset to the extent of any interim earnings.

4. Plaintiff's claim for punitive damages is barred because Defendant made good faith efforts to comply with all anti-discrimination laws, including the ADA.

5. Plaintiff fails to state a claim upon which relief may be granted.

6. Plaintiff's employment was terminated for legitimate business reasons.

WHEREFORE, Defendant, by counsel, requests that the Plaintiff's Complaint be dismissed it its entirety, and that the Defendant be awarded its attorneys' fees, costs, and all other just and proper relief.

Respectfully submitted,

BEERS MALLERS BACKS & SALIN, LLP
Attorneys for Allen County Community Corrections

BY: \_\_/s/ Laura L. Maser_____
    Laura L. Maser  (20335-02)

110 West Berry Street, Suite 1100
Fort Wayne, Indiana  46802
T. (260) 426-9706
F. (260) 420-1314

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 4, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed by United States Postal Service, postage prepaid, a copy of the this document to the following non-CM/ECF participant:

Asia L. Marshall
4526 Redstone Court
Fort Wayne, IN  46835

                /s/ Laura L. Maser
                Laura L. Maser

23N8717 00015-16001